PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
ANNE M. BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, DAVID HUERTAS, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>GATEWAY FRONTLINE SERVICES, INC., doing business as GATEWAY GROUP ONE, a New Jersey corporation,<br><br>Defendant. | Case No.  CV 15-00973-WHO<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PENDING MEDIATION; ORDER**<br><br>Date:         June 9, 2015<br>Time:        2:00 P.M.<br>Courtroom:  2, 17th Floor<br>Judge:        Hon. William H. Orrick<br><br>**Compliant Filed:   March 2, 2015** |

The parties to this action, by and through their respective counsel, stipulate and jointly request that the Initial Case Management Conference, currently scheduled for June 9, 2015, at 2:00 p.m., and related deadlines, be continued for approximately 120 days to October 6, 2015, at 2:00 p.m., or such other date thereafter that is convenient to the Court.  Good cause exists for the granting of the continuance, as follows:

- 1 -
**STIP. AND JOINT REQUEST TO CONTINUE INITIAL CMC PENDING MEDIATION ORDER; Case No.  CV 15-00973-WHO**

\\candsf\data\Users\WHOALL\_CV\2015\2015_00973_California_Service_Employees_Health_&_Welfare_Trus_v_Gateway_Frontline_Services_Inc_d-b-a_Gateway_Gr\15-cv-00973-WHO-Proposed_Order_to_Continue_CMC.docx

1. Plaintiffs filed their complaint on March 2, 2015, and the case was assigned to the Honorable Elizabeth D. Laporte, Magistrate Judge.  (Docket No. 1).

2. On March 3, 2015, Judge Laporte issued her Order Setting Initial Case Management Conference and ADR Deadlines, setting the initial case management conference for June 2, 2015.  (Docket No. 6).

3. Defendant Gateway Frontline Services, Inc., dba Gateway Group One, filed its answer to the complaint on May 8, 2014.  (Docket No. 13).

4. Pursuant to the ADR Deadlines set by Judge Laporte, the parties filed their stipulation selecting mediation on May 12, 2015.  Docket No. 17.  Judge Laporte issued an order referring the case to mediation, to be completed within 120 days.  (Docket No. 18).

5. Defendant filed a Declination to Magistrate Judge Jurisdiction.  (Docket No. 19). On May 27, 2015, the Clerk gave notice of impending reassignment of the case. The case was reassigned to The Honorable William H. Orrick on May 28, 2015, by a Reassignment Order that vacated all previously scheduled dates (Docket No. 21), and on May 29, 2015, this Court issued a Case Management Conference Order scheduling the initial Case Management Conference for June 9, 2015.

6. This request is made in order for the parties to have sufficient opportunity to attempt to resolve this matter by mediation before incurring the expense, and using the Court's resources, in proceeding with the Initial Case Management Conference.

7. The following previous time modification occurred in this case:  All initial hearing dates were vacated by the Reassignment Order (Docket No. 21).

8. Based on the foregoing, the parties respectfully request that this Court continue the Case Management Conference and related deadlines for approximately 120 days to October 6, 2015, at 2:00 p.m., or such other date thereafter that is convenient to the Court.  The effect of this requested time modification would extend the date of the initial Case Management Conference and related deadlines.

- 2 -
STIP. AND JOINT REQUEST TO CONTINUE INITIAL CMC PENDING MEDIATION ORDER; Case No.  CV 15-00973-WHO

\\candsf\data\Users\WHOALL\_CV\2015\2015_00973_California_Service_Employees_Health_&_Welfare_Trus_v_Gateway_Frontline_Services_Inc_d-b-a_Gateway_Gr\15-cv-00973-WHO-Proposed_Order_to_Continue_CMC.docx

///

///

///

SO STIPULATED.

Dated:  May 29, 2015

/S/ Anne M. Bevington
ANNE M. BEVINGTON
Saltzman & Johnson Law Corporation
Attorneys for Plaintiffs
CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.

Dated:  May 29, 2015

/S/ Daniel A. Adlong
Daniel A. Adlong
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Attorneys for Defendants
GATEWAY FRONTLINE SERVICES, INC., doing business as GATEWAY GROUP ONE

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated:    May 29, 2015

 /S/ Anne M. Bevington
Anne M. Bevington
Saltzman & Johnson Law Corporation
Attorneys for Plaintiff

**<u>ORDER</u>**

Based on the foregoing, and good cause appearing, the Initial Case Management Conference is continued to October 6, 2015, at 2:00 p.m.  The parties must file a Joint Case Management Conference Statement by September 29, 2015.   All related deadlines are extended accordingly.

- 3 -
**STIP. AND JOINT REQUEST TO CONTINUE INITIAL CMC PENDING MEDIATION ORDER; Case No.  CV 15-00973-WHO**

\\candsf\data\Users\WHOALL\_CV\2015\2015_00973_California_Service_Employees_Health_&_Welfare_Trus_v_Gateway_Frontline_Services_Inc_d-b-a_Gateway_Gr\15-cv-00973-WHO-Proposed_Order_to_Continue_CMC.docx

1 | IT IS SO ORDERED.
2 | Date: June 1, 2015                    _____
  |                                       THE HONORABLE WILLIAM H. ORRICK
3 |                                       UNITED STATES DISTRICT JUDGE

- 4 -

**STIP. AND JOINT REQUEST TO CONTINUE INITIAL CMC PENDING MEDIATION ORDER; Case No. CV 15-00973-WHO**

\\candsf\data\Users\WHOALL\_CV\2015\2015_00973_California_Service_Employees_Health_&_Welfare_Trus_v_Gateway_Frontline_Services_Inc_d-b-a_Gateway_Gr\15-cv-00973-WHO-Proposed_Order_to_Continue_CMC.docx