# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, DAVID HUERTAS, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee,<br><br>    Plaintiffs,<br><br>    v.<br><br>GATEWAY FRONTLINE SERVICES, INC., doing business as GATEWAY GROUP ONE, a New Jersey corporation,<br><br>    Defendant. | Case No. 3:15-cv-00973-WHO<br><br>**ORDER RE CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE PENDING MEDIATION AND EXTENDING MEDIATION DEADLINE**<br><br>Complaint Filed:   March 2, 2015<br>Trial Date:         Not Set<br>Judge:              Hon. William H. Orrick |

Based on the joint stipulation of the parties, it is hereby ordered that the deadline to complete mediation is continued to October 2, 2015, and the Case Management Conference is continued to November 3, 2015, at 2:00 p.m.  The parties must file a Joint Case Management Conference Statement by October 27, 2015.  All related deadlines are extended accordingly.

IT IS SO ORDERED.

Date: September 8, 2015



THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*California Service Employees Health & Welfare Trust Fund, et al. v. Gateway Frontline Services, Inc.*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On September 8, 2015, I served the foregoing **[PROPOSED] ORDER RE CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE PENDING MEDIATION AND EXTENDING MEDIATION DEADLINE** as follows:

☒ **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the following CM/ECF registrant(s) in this case:

Philip M. Miller                                           Attorneys for Plaintiffs
pmiller@sjlawcorp.com
Anne M. Bevington
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
TEL: 415.882.7900
FAX: 415.882.9287

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 8, 2015, at Costa Mesa, California.

Rebecca L. Espinosa                            /s/ Rebecca L. Espinosa
_____                    _____
Type or Print Name                              Signature

22304949.1

22312780.1