ANNE M. BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

DANIEL A. ADLONG (SBN 262301)
daniel.adlong@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
(714) 800-7900
(714) 754-1298 – Facsimile

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, DAVID HUERTAS, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>GATEWAY FRONTLINE SERVICES, INC., doing business as GATEWAY GROUP ONE, a New Jersey corporation,<br><br>Defendant. | Case No. CV 15-00973-WHO<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL AND TRIAL DATES FOR A PROTECTIVE ORDER; ORDER**<br><br>Complaint Filed: March 2, 2015<br>Trial Date: September 20, 2017 |

- 1 -
**STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL AND TRIAL DATES AND FOR A PROTECTIVE ORDER; ORDER; Case No. CV 15-00973-WHO**

\\candsf.cand.circ9.dcn\data\Users\WHOALL\_CV\2015\2015_00973_California_Service_Employees_Health_&_Welfare_Trus_v_Gateway_Frontline_Services_Inc_d-b-a_Gateway_Gr\15-cv-00973-WHO-Proposed_Order_to_Modify_Pretrial_and_Trial_Dates.docx

The parties to this action, by and through their respective counsel, stipulate and jointly request that the impending pretrial and trial dates be continued, and that a protective order issue, as set forth below. Good cause exists for the granting of this request for the following reasons:

1. On April 19, 2017, the parties attended a settlement conference with the Hon. Maria-Elena James. A subsequent settlement conference was scheduled for June 20, 2017 (Dkt No. 42). To accommodate the settlement activities, the parties stipulate and request the following changes to the existing case management schedule.

2. That the hearing date for dispositive motions be continued from July 5, 2017, to August 23, 2017, with briefs to be filed as follows:

    a. Motions to be filed by July 21, 2017;

    b. Oppositions to be filed by August 4, 2017; and

    c. Replies to be filed by August 11, 2017.

3. That the pretrial conference scheduled for August 29, 2017, at 2:00 p.m., be continued to October 10, 2017, at 2:00 p.m.

4. That the bench trial scheduled for September 20, 2017, at 8:00 a.m., be continued to November 1, 2017, at 8:00 a.m.

5. To facilitate settlement discussions, defendant may provide certain documents to the plaintiffs that contain confidential or proprietary information. The parties therefore stipulate to a protective order as follows:

    a. A party producing documents for purposes of settlement negotiations may designate such documents as "Confidential."

    b. Documents designated as Confidential ("Confidential Documents") shall be used by the receiving party only for attempting to settle this litigation. Confidential Documents may be disclosed only to the categories of persons and under the conditions described in this order.

- 2 -
**STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL AND TRIAL DATES AND FOR A PROTECTIVE ORDER; ORDER; Case No. CV 15-00973-WHO**

\\candsf.cand.circ9.dcn\data\Users\WHOALL\_CV\2015\2015_00973_California_Service_Employees_Health_&_Welfare_Trus_v_Gateway_Frontline_Services_Inc_d-b-a_Gateway_Gr\15-cv-00973-WHO-Proposed_Order_to_Modify_Pretrial_and_Trial_Dates.docx

c. Unless otherwise ordered by the Court or permitted in writing by the producing party, a receiving party may disclose Confidential Documents only to:

1. The receiving party's counsel of record in this action, as well as employees of said counsel of record to whom it is reasonably necessary to disclose the information for this litigation;

2. The officers, directors, employees (including in-house counsel) and trustees of the receiving party to whom disclosure is reasonably necessary for this litigation;

3. Experts and consultants of the receiving party to whom disclosure is reasonably necessary for this litigation and who have agreed in writing to be bound by this protective order;

4. The Court and its personnel; and

5. Regulatory authorities to whom the receiving party is required by applicable law to make disclosure.

d. The prohibitions on use and disclosure of Confidential Documents are not applicable to documents that (1) are in the public domain at the time of disclosure or that become part of the public domain after disclosure to a receiving party as a result of publication not involving a violation of this order, including becoming part of the public record through trial or otherwise; or (2) are already in the possession of the receiving party before the disclosure or obtained by the receiving party after the disclosure from a source who obtained the Confidential Documents lawfully and under no obligation of confidentiality to the producing party.

SO STIPULATED.

Dated: April 25, 2017

/s/ Anne M. Bevington
ANNE M. BEVINGTON
Saltzman & Johnson Law Corporation
Attorneys for Plaintiffs

Dated: April 25, 2017

/s/ Daniel A. Adlong
Daniel A. Adlong
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Attorneys for Defendants

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this stipulation has been obtained from Daniel A. Adlong.

Dated: April 24, 2017

/s/ Anne M. Bevington
Anne M. Bevington
Saltzman & Johnson Law Corporation
Attorneys for Plaintiff

**ORDER**

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that the pretrial and trial dates be modified as follows:

1. The hearing date for dispositive motions is continued from July 5, 2017, to August 23, 2017, with briefs to be filed as follows:

 a. Motions to be filed by July 21, 2017;

 b. Oppositions to be filed by August 4, 2017; and

 c. Replies to be filed by August 11, 2017.

2. The pretrial conference scheduled for August 29, 2017, at 2:00 p.m., is continued to October 10, 2017, at 2:00 p.m.; and

**1**       3. The bench trial scheduled for September 20, 2017, at 8:00 a.m., is continued to

**2** November 1, 2017, at 8:00 a.m.

**3**       IT IS FURTHER ORDERED that the Court hereby issues a protective order over

**4** documents produced in settlement negotiations on the terms set forth in Paragraph 5 of the above

**5** stipulation.

**6** IT IS SO ORDERED.

**7** Date: April 25, 2017                   _____

                                                      THE HONORABLE WILLIAM H. ORRICK
**8**                                                       UNITED STATES DISTRICT JUDGE

- 5 -
**STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL AND TRIAL DATES AND FOR A PROTECTIVE ORDER; ORDER; Case No. CV 15-00973-WHO**

\\candsf.cand.circ9.dcn\data\Users\WHOALL\_CV\2015\2015_00973_California_Service_Employees_Health_&_Welfare_Trus_v_Gateway_Frontline_Services_Inc_d-b-a_Gateway_Gr\15-cv-00973-WHO-Proposed_Order_to_Modify_Pretrial_and_Trial_Dates.docx